# Exhibit A

# BENEFICIARY DESIGNATION

Security Life of Denver Insurance Company (SLD), Denver, CO
Midwestern United Life Insurance Company (MULIC), Indianapolis, IN
*SLD and MULIC ("SLD/MULIC") affiliated*
ReliaStar Life Insurance Company (RLIC), Minneapolis, MN
ReliaStar Life Insurance Company of New York (RLNY), Woodbury, NY
*RLIC and RLNY ("RLSTR") affiliated*
Venerable Insurance and Annuity Company (Venerable), Des Moines, IA
(the "Company")
Customer Service, PO Box 981331, Boston, MA 02298-1331; Overnight mail: 10 Dan Road, Dock 2, Canton, MA 02021
Fax: 877-788-6305; Web: customer.resolutionlife.us; Completed forms can be emailed to: liferequest@resolutionlife.us

**SLD/MULIC, RLSTR and Venerable may provide administrative services to each other, but are otherwise unaffiliated. All contractual obligations under each insurance policy or contract are the sole responsibility of the issuing insurance company.**

***All 4 pages of this Beneficiary Designation must be returned to the Company.***

**Definitions:** **Primary Beneficiary:** The person designated to receive insurance proceeds when they become due.
**Contingent Beneficiary:** An alternate beneficiary designated to receive insurance proceeds if there is no primary beneficiary living at the date of the insured's death. (Also referred to as a secondary beneficiary.)
**Irrevocable Beneficiary:** A beneficiary whose rights cannot be canceled without consent.

## A. OWNER(S) & INSURED(S) INFORMATION

**Owner(s) Name(s) *(Required)*** Cyril M. Hudechek

**Policy/File Code Number *(Required)*** 1689869

Insured(s) Name(s) Cyril M. Hudechek Insured Email cyrilmhudechek@gmail.com

Owner Phone ( 810 ) 877-2400 Owner Email cyrilmhudechek@gmail.com

## B. PRIMARY BENEFICIARIES

*(Total percentage of all primary beneficiaries must equal 100%. Fractions and dollar amounts are not accepted. Each beneficiary's Social Security number (SSN) or tax identification number (TIN) is required to process any future claims.)*

**Irrevocable Beneficiary:** Any named irrevocable beneficiary will be designated as a primary beneficiary. Any contract change requires the signed consent of the irrevocable beneficiary. The owner reserves the sole right to change the beneficiary unless an irrevocable beneficiary has been designated. If an irrevocable beneficiary has been designated, the right to change the beneficiary is a joint right between the owner and the irrevocable beneficiary. All irrevocable beneficiaries must sign this request on Page 4. **If you wish to designate a beneficiary as irrevocable, check the "irrevocable" box in association with that beneficiary's entry, below.**

**Trust:** If any of the below beneficiaries are a trust, include the full name and date of the trust in the Name field. If a trust is named as beneficiary, the Company is not required to know or research the terms of the trust. Payment to the named trustee will fully discharge all liability of the Company to the extent of such payment. **If one or more of your primary beneficiaries is a trust, check the "Trust" box associated with that beneficiary's entry, below.**

**If a Trust is designated as beneficiary, you must complete a Trust Certification form and submit it with this Beneficiary Designation.**

**Trust Created by Will:** The trustee who accepts the trusteeship of the trust created by the Last Will and Testament of ____________ (Insured Name) will be the designated beneficiary. If the trust is terminated or if no trustee is qualified to receive the proceeds within six months of the insured's death, the proceeds will be paid in accordance with the policy's beneficiary provisions.

[ ] **Equal Shares for Primary Beneficiaries:** Check this box if you wish payment to the primary beneficiaries named below to be made in equal shares. *If you select this option, you do not need to indicate percentages in the table below.*

| | Name *(First, MI, Last)* [1] | DOB | Gender | SSN/TIN | Relationship | % | Is this Beneficiary a Trust or Irrevocable? *(Check both boxes if an irrevocable trust.)* |
|---|---|---|---|---|---|---|---|
| 1 | Heather Sabitov | [redacted]1979 | [ ] M [x] F | [redacted] 0046 | Daughter | 100 | [X] Irrevocable [ ] Trust |
| | Address 10121 Nimphie Road, Fenton, Michigan 48430 | | | Phone ( 310 ) 867-9597 | | | |
| 2 | | | [ ] M [ ] F | | | | [ ] Irrevocable [ ] Trust |
| | Address | | | Phone ( ) | | | |

RLUS 001- Standard-Non-Variable 42 01/14/2025 07:21 002812 41 10

***All 4 pages of this Beneficiary Designation must be returned to the Company.***

## B. PRIMARY BENEFICIARIES *(Continued)*

| | Name *(First, MI, Last)* [1] | DOB | Gender | SSN/TIN | Relationship | % | Is this Beneficiary a Trust or Irrevocable? *(Check both boxes if an irrevocable trust.)* |
|---|---|---|---|---|---|---|---|
| 3 | | | ☐M ☐F | | | | ☐ Irrevocable ☐ Trust |
| | Address | | | Phone ( ) | | | |
| 4 | | | ☐M ☐F | | | | ☐ Irrevocable ☐ Trust |
| | Address | | | Phone ( ) | | | |
| 5 | | | ☐M ☐F | | | | ☐ Irrevocable ☐ Trust |
| | Address | | | Phone ( ) | | | |

**TOTAL (MUST EQUAL 100%)** 100

☐ **Grandchildren's Clause:** If an insured's child is a beneficiary, and he or she dies before the insured, the child's share will be divided among the child's surviving children, if any. *(Check box to apply.)*

## C. CONTINGENT BENEFICIARIES *(Total percentage of all contingent beneficiaries must equal 100%. Fractions and dollar amounts are not accepted. Each beneficiary's Social Security number (SSN) or tax identification number (TIN) is required to process any future claims.)*

**Trust:** If any of the below beneficiaries are a trust, include the full name of the trust and the date of the trust. If a trust is named as beneficiary, the Company is not required to know or research the terms of the trust. Payment to the named trustee will fully discharge all liability of the Company to the extent of such payment. **If one or more of your contingent beneficiaries is a trust, check the "Trust" box associated with that beneficiary's entry, below.**

**If a Trust is designated as contingent beneficiary, a Trust Certification form is not required.**

**Trust Created by Will:** The trustee who accepts the trusteeship of the trust created by the Last Will and Testament of ______________________ (Insured Name) will be the designated beneficiary. If the trust is terminated or if no trustee is qualified to receive the proceeds within six months of the insured's death, the proceeds will be paid in accordance with the policy's beneficiary provisions.

☐ **Equal Shares for Contingent Beneficiaries:** Check this box if you wish payment to the contingent beneficiaries named below to be made in equal shares. *If you select this option, you do not need to indicate percentages in the table below.*

| | Name *(First, MI, Last)* [1] | DOB | Gender | SSN/TIN | Relationship | % | Is this Beneficiary a Trust? |
|---|---|---|---|---|---|---|---|
| 1 | None | | ☐M ☐F | | | | ☐ Trust |
| | Address | | | Phone ( ) | | | |
| 2 | | | ☐M ☐F | | | | ☐ Trust |
| | Address | | | Phone ( ) | | | |

***All 4 pages of this Beneficiary Designation must be returned to the Company.***

## C. CONTINGENT BENEFICIARIES *(Continued)*

| | Name *(First, MI, Last)* [1] | DOB | Gender | SSN/TIN | Relationship | % | Is this Beneficiary a Trust? |
|---|---|---|---|---|---|---|---|
| 3 | | | ☐M ☐F | | | | ☐ Trust |
| | Address | | | Phone ( ) | | | |
| 4 | | | ☐M ☐F | | | | ☐ Trust |
| | Address | | | Phone ( ) | | | |
| 5 | | | ☐M ☐F | | | | ☐ Trust |
| | Address | | | Phone ( ) | | | |

**TOTAL (MUST EQUAL 100%)** ☐

☐ **Grandchildren's Clause:** If an insured's child is a beneficiary, and he or she dies before the insured, the child's share will be divided among the child's surviving children, if any. *(Check box to apply.)*

## D. COMMUNITY PROPERTY STATE REQUIREMENTS *(If the owner currently lives in a community property state (AZ, CA, ID, LA, NM, NV, TX, WA or WI), **a spouse signature is required** unless one of the two areas are completed below. Failure to provide a spouse signature or the completion of this section will result in a delay in completing the request.)*

- *If never married,* ***initial here.*** ____________________
- *If deceased, indicate Date of Death of Spouse* ____________________
- *If divorced, this section must be completed.* ***Check or initial the box below and provide the Date of Divorce.***

☐ I confirm that I am no longer married. Date of Divorce ____________________

I understand that the Company is not a party to my divorce decree or marriage settlement agreement and that I am responsible for any requirements included in these documents. Additionally, I understand that my failure to comply with property settlement requirements involving my divorce may give rise to a claim against my estate in the future.

## E. ADDITIONAL DISCLOSURES AND PROVISIONS

***When considering making changes to the status of your policy, you should consult with a licensed insurance or financial advisor.***

This Beneficiary Designation replaces any and all prior designations, including any contingent or secondary designations. This designation is revocable as to each beneficiary except when otherwise stated, and beneficiaries of like class shall share equally with the right of survivorship by remaining class members unless otherwise specified.

The beneficiary designation is not to be used to elect an optional mode of settlement. If multiple payments are desired, contact the Company.

Payment of proceeds to any beneficiary is subject to the interest of any assignee.

**Effective Date: Unless otherwise provided in the policy, any new beneficiary designation shall take effect on the date this form is signed if the form is in good order when received by Customer Service.** The Company, however, will not be liable for any action it takes before this form is received by Customer Service.

Payment to a Minor or a Trust: Any payment to a minor beneficiary will be made to the legally appointed guardian of his or her estate, unless otherwise permitted by law.

***All 4 pages of this Beneficiary Designation must be returned to the Company.***

**F. SIGNATURES** *(The owner should sign the form exactly as designated in the policy. If a legal representative is signing for the owner, provide supporting legal documentation.)*

Owner Signature Cyril M. Hudecheck Date 1-9-25

Owner Address 10121 Nimphie Road,

City Fenton State MI ZIP 48430

☐ Check this box if the primary owner's address has changed and you would like us to send all future correspondence directed to the primary owner to the new address provided.

Owner Title ______

***(If the owner is a trust, partnership, or corporation, a signature is required from an officer, partner, corporate representative or authorized corporate representatives. If a trust, partnership or corporation, attach corporate resolution or Trust Certification. If entity has had a name change, include supporting documentation of successor in interest with listing of authorized signatories.)***

**If there is more than one owner, the second owner should sign in the space below.**

Second Owner Signature *(if applicable)* ______ Date ______

Spouse Signature ______ Date ______

***(Completion of Section D or a spouse signature is required if the owner lives in a community property state (AZ, CA, ID, LA, NM, NV, TX, WA or WI). In addition, a spouse signature is required if the plan is 403(b)/ERISA.)***

Irrevocable Beneficiary Signature *(if applicable)* Heather Saltzor Date 1/9/2025

Irrevocable Beneficiary Title ______

***(If the owner is a trust, partnership, or corporation, a signature is required from an officer, partner, corporate representative or authorized corporate representatives. If a trust, partnership or corporation, attach corporate resolution or Trust Certification. If entity has had a name change, include supporting documentation of successor in interest with listing of authorized signatories.)***

Assignee Name ______

***(Print full name of individual or entity. If an entity, attach corporate resolution or similar document listing authorized signatories. If entity has had a name change, include supporting documentation of successor in interest with listing of authorized signatories.)***

Assignee Signature *(if applicable)* ______ Date ______

Plan Administrator Signature [2] ______ Date ______

*For policies issued in Massachusetts, the beneficiary designation request must be signed by a witness who is a disinterested person. The disinterested person cannot be the beneficiary nor the owner/insured of the policy.*

Witness Signature *(Required if the issue state is MA)* ______ Date ______

[1] *Add additional beneficiary information on a separate document and attach to this form.* ***Date, policy number, and owner's signature are required.***

[2] *Required if plan is 403(b)/ERISA.*

RLUS 001- Standard-Non-Variable 45 01/14/2025 07:21 002812 44 10

ORIGIN ID:FNTA (321) 204-9123
CYRIL HUDECHEK
10121 NIMPHIE ROAD
FENTON, MI 48430
UNITED STATES US

SHIP DATE: 08JAN25
ACTWGT: 1.00 LB
CAD: 8201878/INET4760

TO **OVERNIGHT MAIL**
**SECURITY LIFE OF DENVER INSURANCE C**
**10 DAN ROAD**

**CANTON MA 02021**
(877) 253-5050 REF:
INV:
PO: DEPT:

RMA:

58CJ1/5046/C6C4

FedEx Express

E

**RETURNS MON-FRI**
**PRIORITY OVERNIGHT**

TRK# 0221 **7916 0275 8821**

**02021**

**MA-US**

After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

RLUS 001- standard-Non-Variable 46 01/14/2025 07:21 002812 45 10