# Exhibit B

ReliaStar Life Insurance Company
Customer Service
PO BOX 981331
Boston, MA 02298-1331

Cyril M Hudechek
10121 Nimphie Rd
Fenton, MI 48430

Resolution Life

January 15, 2025

Customer Service
PO Box 981331
Boston, MA 02298-1331

CYRIL M HUDECHEK
10121 NIMPHIE RD
FENTON, MI 48430

**RE: Policy 1689869 issued by Security Life of Denver Insurance Company**

Insured(s): CYRIL M HUDECHEK

Dear CYRIL M HUDECHEK :

We received your recent request for for a beneficiary change. However, we need more information before we can update your policy. Please provide the following information to the customer service address listed above.

We received your recent request for a policy change. Please be advised that this policy is currently in "Lapse Status", hence policy change cannot be processed.

Once we get this information, we'll be happy to process your request. Please include the completed version of your original form.

Support for your policy is available from Resolution Life online through our Customer Portal **https://customer.ResolutionLife.us**. You can also call Customer Service at (877) 886-5050, Monday - Friday, 8 a.m. - 6 p.m. Central time, or send an email to CustomerSupport@ResolutionLife.us.

Sincerely,

Customer Service

Enclosure: