# Exhibit D

Security Life of Denver Insurance Company
Customer Service
PO BOX 981331
Boston, MA 02298-1331

CYRIL M HUDECHEK
10121 NIMPHIE RD
FENTON, MI 48430

Resolution Life

February 25, 2025

Customer Service
PO Box 981331
Boston, MA 02298-1331

CYRIL M HUDECHEK
10121 NIMPHIE RD
FENTON, MI 48430

**RE: Policy 1689869 issued by Security Life of Denver Insurance Company**

Owner: CYRIL M HUDECHEK

Insured(s): CYRIL M HUDECHEK

Dear CYRIL M HUDECHEK:

We're pleased to inform you that your policy has been reinstated. You do not need to submit any additional paperwork or medical information.

We've applied your payment of $ $2,300.00 to your policy and your coverage is now active.
Your life insurance coverage is important. Please contact your agent or Customer Service to learn about a variety of other options available to assist you.

Support for your policy is available from Resolution Life online through our Customer Portal **https://customer.ResolutionLife.us**. You can also call Customer Service at (877) 886-5050, Monday - Friday, 8 a.m. - 6 p.m. Central time, or send an email to CustomerSupport@ResolutionLife.us.

Sincerely,

Customer Service

Cc: Cyril M Hudechek

Issuing company: Security Life of Denver Insurance Company, Denver, CO, a Resolution Life company.

Sensitivity - Restricted