# Exhibit F

# FAX COVER SHEET

| | |
|---|---|
| TO | |
| COMPANY | |
| FAX NUMBER | 18777886305 |
| FROM | Case Processors 1 |
| DATE | 3/20/2025 1:41:36 PM EDT |
| RE | Hudechek, Cyril 9869 - Change of Ownership & Beneficiary Request |

## COVER MESSAGE

Please rush! Thanks!

# FAX- RUSH!

March 20, 2025

To: Security Life of Denver Insurance Company
877-788-6305

Re: Cyril M. Hudechek
Policy # 1689869

Enclosed are executed forms for Beneficiary Designation, Transfer of Ownership and Ownership Authorization Form for the above referenced policy.

**NOTE: Please process the Change of Owner form first, then the Change of Beneficiary form.**

Confirmations that the changes have been completed should be faxed to **516-908-4493.**

Thank you for your attention and we appreciate your cooperation.

# TRANSFER OF OWNERSHIP

Security Life of Denver Insurance Company (SLD), Denver, CO
Midwestern United Life Insurance Company (MULIC), Indianapolis, IN
*SLD and MULIC ("SLD/MULIC") affiliated*
ReliaStar Life Insurance Company (RLIC), Minneapolis, MN
ReliaStar Life Insurance Company of New York (RLNY), Woodbury, NY
*RLIC and RLNY ("RLSTR") affiliated*
Venerable Insurance and Annuity Company (Venerable), Des Moines, IA
(the "Company")

Customer Service, PO Box 981331, Boston, MA 02298-1331; Overnight mail: 10 Dan Road, Dock 2, Canton, MA 02021
Fax: 877-788-6305; Web: customer.resolutionlife.us; Completed forms can be emailed to: liferequest@resolutionlife.us

**SLD/MULIC, RLSTR and Venerable may provide administrative services to each other, but are otherwise unaffiliated. All contractual obligations under each insurance policy or contract are the sole responsibility of the issuing insurance company.**

**If you are considering making changes in the status of your policy, you should consult with a licensed insurance or financial advisor.**

## IMPORTANT INFORMATION AND INSTRUCTIONS

**Reminder to Producer regarding New York Issued Contracts:** Before making any recommendation, you must have adequate knowledge of the transaction you're recommending and provide your client with the relevant features of the contract and potential consequences of the transaction, both favorable and unfavorable. If you have any questions about the contract or transaction prior to making a recommendation, contact the Company.

- Do not return your policy with this request. Complete the form and forward it to Customer Service.
- The current owner and the new owner must authorize this request by signing in section I.
- If a company is to be named the new owner, provide **ONE** of the following: 1) a copy of the Corporate Resolution stating who is authorized to sign on behalf of the Company, 2) a letter signed by a corporate secretary on company letterhead stating who is authorized to sign on behalf of the Company, or 3) a Secretary of State Certificate from the state, stating the Company's name and who is authorized to sign on behalf of the Company.
- If a partnership or a limited liability partner (LLP) is to be named the new owner, provide **ONE** of the following: 1) a copy of the legal entity paperwork stating the name of the partnership, 2) a copy of the partnership contract/agreement showing the date, the names of partners and who is authorized to sign, or 3) a letter on partnership letterhead stating who is authorized to sign on behalf of the partnership.
- The transfer of ownership is subject to any policy loan and any assignment on file at Customer Service.
- For multiple owners, use the Multiple Ownership form number 128697.
- To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify and record information that identifies each person who purchases a life insurance policy. What this means for you: When you apply for an insurance policy or apply for a change of ownership, we will ask for your name, address, birth date, Social Security number and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## A. CURRENT OWNER INFORMATION *(Please print.)*

Policy/File Code Number 1689869

Insured Name *(First)* Cyril *(Middle Initial)* M. *(Last)* Hudechek

Owner Name *(First)* Cyril *(Middle Initial)* M. *(Last)* Hudechek

SSN/TIN *(Required)* 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 Owner Phone ( 810 ) 877-2400 Email cyrilmhudechek@gmail.com

## B. NEW OWNER INFORMATION *(Physical address is required, however you may provide a different mailing address.)*

**New Owner Name** *(First)* Ocho Grande M6 LLC *(Middle Initial)* ____ *(Last)* ____

Relationship to the Insured Bus. Assoc. Email david@ecbia.com

SSN/TIN *(Required)* [redacted]7014 Birth Date N/A Phone ( 917 ) 841-8294 Gender: ☐ Male ☐ Female

New Owner Physical Address *(Required)* 321 Barber Loop

City Mooresville State NC ZIP 28117

Mailing or PO Box Address ____

City ____ State ____ ZIP ____

## B. NEW OWNER INFORMATION *(Continued)*

**If New Owner Is a Trust:** *(The Trust Certification form is required.)*

Trust Name ______________________ SSN/TIN *(Required)* ____________

Trustee Name(s) ______________________ Phone (_____)____________

Relationship to the Insured ______________________

Is this trust: ☐ Revocable ☐ Irrevocable or ☐ Irrevocable Life Insurance Trust (ILIT)? Trust Date ____________

Trust Mailing or PO Box Address ______________________

The new owner may exercise all the rights and receive all the benefits of this policy during the insured's lifetime. **The change of ownership will not change any beneficiary designation or any method of optional settlement previously elected.** However, if the new owner is an **irrevocable life insurance trust (ILIT) as indicated above,** the beneficiary designation will automatically change to the trust unless the following option is checked: **EXCEPTION:** ☐ **The beneficiary designation should remain as it is presently designated.**

## C. BILLING METHOD

**Billing Method** *(If no box or multiple boxes are selected, the EFT will automatically be removed and premium notices will be sent to the new owner.)*

☐ Billing is to remain the same.

☒ Direct premium notices to new owner.

☐ Electronic Funds Transfer (EFT) change to new owner. (The EFT form must be sent to the new owner for completion.)

## D. FUTURE PREMIUM NOTICES *(Only required if you wish to indicate a separate Payor to receive Premium Notices.)*

☐ Send Premium Notices to the Payor. *By default, the new owner will receive premium notices unless indicated below.*

Payor Name ______________________ Phone (_____)____________

Payor Mailing Address ______________________

City ______________________ State ________ ZIP ____________

## E. ERISA PLANS *(Please print.)*

If this policy is under a plan that is subject to the Employee Retirement Income Security Act (ERISA), complete the information in this section. If you are married, your spouse must sign the spousal consent in section I before a notary public. If you do not complete the information in this section, your signature in section I is certification that the policy is not subject to ERISA or that you are not married.

Will the new owner be a "Funded ERISA Plan" as specified below? *(If "yes," indicate the type of plan below. If "no," the change of ownership may disqualify the policy and cause a taxable event. Contact your tax consultant for more information on the consequences of disqualifying your policy.)* ☐ Yes ☐ No

☐ Tax-qualified plan (specify, e.g., 401(k), profit sharing, defined benefit, defined contribution, HR-10): ______________________

☐ Section 419/419A plan (specify trust name): ______________________

☐ VEBA Trust (specify trust name): ______________________

☐ Secular Trust

Employer Name ______________________ Phone (_____)____________

**F. COMMUNITY PROPERTY STATE REQUIREMENTS** *(If the owner currently lives in a community property state (AZ, CA, ID, LA, NM, NV, TX, WA or WI), a spouse signature is required unless one of the two areas are completed below. Failure to provide a spouse signature or the completion of this section will result in a delay in completing the requested change.)*

• *If never married,* ***initial here.*** ______________

• *If deceased, indicate Date of Death of Spouse* ______________

• *If divorced, this section must be completed.* ***Check the box below and provide the Date of Divorce.***

☐ I confirm that I am no longer married. Date of Divorce ______________

I understand that the Company is not a party to my divorce decree or marriage settlement agreement and that I am responsible for any requirements included in these documents. Additionally, I understand that my failure to comply with property settlement requirements involving my divorce may give rise to a claim against my estate in the future.

**G. REASON FOR TRANSFER OF OWNERSHIP** *(This section must be completed.)*

This change of ownership is the result of a: ***(choose one)***

☒ **Sale:** The current owner **WILL/DID** receive something of value in return for the policy.

Date of the Purchase Agreement TBD

Note: Internal Revenue Code § 6050Y-2(d)(2) requires an IRS Form 1099-LS be provided to the Company by the later of 20 calendar days after the reportable policy sale, or 5 calendar days after the end of the applicable state law rescission period. *However, if the later date is after January 15 of the year following the calendar year in which the reportable policy sale occurred, the IRS Form 1099-LS must be furnished by January 15.* The Company will file IRS Form 1099-SB using the effective date of the policy's ownership change as the date of sale if the Date of the Purchase Agreement is not provided or the IRS Form 1099-LS is not provided within the time period required. The new owner's cost basis will be re-set to $0.00.

☐ **Gift:** The present owner **WILL/DID NOT** receive something of value in return for the policy.

☐ **Other Explanation (required):** ______________

**Required Tax Reporting Information:** Internal Revenue Code § 6050Y incorporates certain tax reporting requirements when ownership of a life insurance policy is transferred in a reportable policy sale. The IRS defines a reportable policy sale as "the acquisition of an interest in a life insurance contract, directly or indirectly, if the acquirer has no substantial family, business, or financial relationship with the insured apart from the acquirer's interest in such life insurance contract." Tax laws are complex and change frequently. The Company and their agents and representatives do not give tax or legal advice. For further information on how this transaction may affect your personal tax situation, always consult your professional tax advisor.

**H. U.S. TAXPAYER CERTIFICATIONS** *(Applicable to new owner only.)*

**Under penalties of perjury, I certify that:**

**1. The Taxpayer Identification Number that appears on this form is correct.**

**2. I am not subject to backup withholding due to failure to report interest and dividend income;**

☐ **If I am subject to backup withholding, I have checked here.**

**3. I am a U.S. person.**

**NON-RESIDENT ALIEN STATUS** *(If you are not a U.S. citizen or U.S. resident alien, additional IRS forms may be required.)*

If you are a Non-Resident Alien, check the box and provide your country of residence below.

☐ Under penalties of perjury, I certify that I am a Non-Resident Alien and my country of residence is: ______________.

Any taxable amounts paid to you under this policy will be subject to 30% withholding, unless you submit an IRS Form W-8, and are entitled to claim a reduced rate of withholding under the applicable US tax treaty.

## I. SIGNATURES

**Note to Owner regarding New York Issued Contracts:** If your producer is providing a recommendation regarding this transaction, the producer is required to provide you with the relevant features of the contract and potential consequences of the transaction, both favorable and unfavorable.

**For your protection, California law requires the following to appear on this form. Any person who knowingly presents false or fraudulent information to obtain or amend insurance coverage or to make a claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.**

The undersigned verify that the change of ownership requested is in accordance with the terms of the plan and applicable laws and regulations. **This change will be effective as of the date the change of ownership is signed, but it will not apply to any payment made or action taken before this form is acknowledged at Customer Service.**

**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

Current Owner Signature [signature] Date 02/25/2025

Current Owner Title ____

*(If the owner is a trust, partnership, or corporation, a signature is required from an officer, partner, corporate representative or authorized corporate representatives. If a trust, partnership or corporation, attach corporate resolution or Trust Certification. If entity has had a name change, include supporting documentation of successor in interest with listing of authorized signatories.)*

New Owner Signature [signature] Date 2-25-2025

New Owner Title By A. David Glasser, Manager of ECBIA LLC, Manager of LSXCM LLC, Manager of Ocho Grande M6 LLC

*(If the owner is a trust, partnership, or corporation, a signature is required from an officer, partner, corporate representative or authorized corporate representatives. If a trust, partnership or corporation, attach corporate resolution or Trust Certification. If entity has had a name change, include supporting documentation of successor in interest with listing of authorized signatories.)*

Spouse of Current Owner Signature [2, 3] ____ Date ____

Subscribed and sworn before me this ____ day of ____, 20____

Notary Public Signature [3] ____

My commission expires ____

Plan Administrator/Employer Signature [3] ____ Date ____

Plan Administrator/Employer Title ____

Irrevocable Beneficiary Signature *(if applicable)* ____ Date ____

Irrevocable Beneficiary Title ____

*(If the owner is a trust, partnership, or corporation, a signature is required from an officer, partner, corporate representative or authorized corporate representatives. If a trust, partnership or corporation, attach corporate resolution or Trust Certification. If entity has had a name change, include supporting documentation of successor in interest with listing of authorized signatories.)*

Assignee Name ____

*(Print full name of individual or entity. If an entity, attach corporate resolution or similar document listing authorized signatories. If entity has had a name change, include supporting documentation of successor in interest with listing of authorized signatories.)*

Assignee Signature *(if applicable)* ____ Date ____

[2] *Completion of Section F or a Spouse signature is required if the owner lives in a community property state (AZ, CA, ID, LA, NM, NV, TX, WA or WI).*
[3] *Required if plan is 403b or ERISA.*

## CUSTOMER SERVICE USE ONLY

This request has been filed with the Company and recorded at Customer Service.

Filed by ____ Date ____

# BENEFICIARY DESIGNATION

Security Life of Denver Insurance Company (SLD), Denver, CO
Midwestern United Life Insurance Company (MULIC), Indianapolis, IN
*SLD and MULIC ("SLD/MULIC") affiliated*
ReliaStar Life Insurance Company (RLIC), Minneapolis, MN
ReliaStar Life Insurance Company of New York (RLNY), Woodbury, NY
*RLIC and RLNY ("RLSTR") affiliated*
Venerable Insurance and Annuity Company (Venerable), Des Moines, IA
(the "Company")
Customer Service, PO Box 981331, Boston, MA 02298-1331; Overnight mail: 10 Dan Road, Dock 2, Canton, MA 02021
Fax: 877-788-6305; Web: customer.resolutionlife.us; Completed forms can be emailed to: liferequest@resolutionlife.us

**SLD/MULIC, RLSTR and Venerable may provide administrative services to each other, but are otherwise unaffiliated. All contractual obligations under each insurance policy or contract are the sole responsibility of the issuing insurance company.**

***All 4 pages of this Beneficiary Designation must be returned to the Company.***

**Definitions:** **Primary Beneficiary:** The person designated to receive insurance proceeds when they become due.
**Contingent Beneficiary:** An alternate beneficiary designated to receive insurance proceeds if there is no primary beneficiary living at the date of the insured's death. (Also referred to as a secondary beneficiary.)
**Irrevocable Beneficiary:** A beneficiary whose rights cannot be canceled without consent.

## A. OWNER(S) & INSURED(S) INFORMATION

**Owner(s) Name(s) *(Required)*** Ocho Grande M6 LLC

**Policy/File Code Number *(Required)*** 1689869

Insured(s) Name(s) Cyril M. Hudechek Insured Email cyrilmhudechek@gmail.com

Owner Phone ( 917 ) 841-8294 Owner Email david@ecbia.com

## B. PRIMARY BENEFICIARIES *(Total percentage of all primary beneficiaries must equal 100%. Fractions and dollar amounts are not accepted. Each beneficiary's Social Security number (SSN) or tax identification number (TIN) is required to process any future claims.)*

**Irrevocable Beneficiary:** Any named irrevocable beneficiary will be designated as a primary beneficiary. Any contract change requires the signed consent of the irrevocable beneficiary. The owner reserves the sole right to change the beneficiary unless an irrevocable beneficiary has been designated. If an irrevocable beneficiary has been designated, the right to change the beneficiary is a joint right between the owner and the irrevocable beneficiary. All irrevocable beneficiaries must sign this request on Page 4. **If you wish to designate a beneficiary as irrevocable, check the "irrevocable" box in association with that beneficiary's entry, below.**

**Trust:** If any of the below beneficiaries are a trust, include the full name and date of the trust in the Name field. If a trust is named as beneficiary, the Company is not required to know or research the terms of the trust. Payment to the named trustee will fully discharge all liability of the Company to the extent of such payment. **If one or more of your primary beneficiaries is a trust, check the "Trust" box associated with that beneficiary's entry, below.**

**If a Trust is designated as beneficiary, you must complete a Trust Certification form and submit it with this Beneficiary Designation.**

**Trust Created by Will:** The trustee who accepts the trusteeship of the trust created by the Last Will and Testament of __________ (Insured Name) will be the designated beneficiary. If the trust is terminated or if no trustee is qualified to receive the proceeds within six months of the insured's death, the proceeds will be paid in accordance with the policy's beneficiary provisions.

☐ **Equal Shares for Primary Beneficiaries:** Check this box if you wish payment to the primary beneficiaries named below to be made in equal shares. *If you select this option, you do not need to indicate percentages in the table below.*

| | Name *(First, MI, Last)* [1] | DOB | Gender | SSN/TIN | Relationship | % | Is this Beneficiary a Trust or Irrevocable? *(Check both boxes if an irrevocable trust.)* |
|---|---|---|---|---|---|---|---|
| 1 | Heather Sabitov | [redacted]1979 | ☐ M ☒ F | [redacted]0046 | Daughter | 20% | ☐ Irrevocable ☐ Trust |
| | Address 10121 Nimphie Road, Fenton, MI 48430 | | | Phone ( 310 ) 867-9597 | | | |
| 2 | Ocho Grande M6 LLC | N/A | ☐ M ☐ F | [redacted]7014 | Bus. Assoc. | 72% | ☐ Irrevocable ☐ Trust |
| | Address 321 Barber Loop, Mooresville, NC 28117 | | | Phone ( 917 ) 841-8294 | | | |

***All 4 pages of this Beneficiary Designation must be returned to the Company.***

**B. PRIMARY BENEFICIARIES** *(Continued)*

| | Name *(First, MI, Last)* [1] | DOB | Gender | SSN/TIN | Relationship | % | Is this Beneficiary a Trust or Irrevocable? *(Check both boxes if an irrevocable trust.)* |
|---|---|---|---|---|---|---|---|
| 3 | LSX Capital Management LLC | N/A | ☐ M ☐ F | [redacted]6608 | Bus. Assoc. | 8% | ☐ Irrevocable ☐ Trust |
| | Address 321 Barber Loop, Mooresville, NC 28117 | | | Phone ( 917 ) 841-8294 | | | |
| 4 | | | ☐ M ☐ F | | | | ☐ Irrevocable ☐ Trust |
| | Address | | | Phone (   ) | | | |
| 5 | | | ☐ M ☐ F | | | | ☐ Irrevocable ☐ Trust |
| | Address | | | Phone (   ) | | | |

**TOTAL (MUST EQUAL 100%)** 100%

☐ **Grandchildren's Clause:** If an insured's child is a beneficiary, and he or she dies before the insured, the child's share will be divided among the child's surviving children, if any. *(Check box to apply.)*

**C. CONTINGENT BENEFICIARIES** *(Total percentage of all contingent beneficiaries must equal 100%. Fractions and dollar amounts are not accepted. Each beneficiary's Social Security number (SSN) or tax identification number (TIN) is required to process any future claims.)*

**Trust:** If any of the below beneficiaries are a trust, include the full name of the trust and the date of the trust. If a trust is named as beneficiary, the Company is not required to know or research the terms of the trust. Payment to the named trustee will fully discharge all liability of the Company to the extent of such payment. **If one or more of your contingent beneficiaries is a trust, check the "Trust" box associated with that beneficiary's entry, below.**

**If a Trust is designated as contingent beneficiary, a Trust Certification form is not required.**

**Trust Created by Will:** The trustee who accepts the trusteeship of the trust created by the Last Will and Testament of ____________ (Insured Name) will be the designated beneficiary. If the trust is terminated or if no trustee is qualified to receive the proceeds within six months of the insured's death, the proceeds will be paid in accordance with the policy's beneficiary provisions.

☐ **Equal Shares for Contingent Beneficiaries:** Check this box if you wish payment to the contingent beneficiaries named below to be made in equal shares. *If you select this option, you do not need to indicate percentages in the table below.*

| | Name *(First, MI, Last)* [1] | DOB | Gender | SSN/TIN | Relationship | % | Is this Beneficiary a Trust? |
|---|---|---|---|---|---|---|---|
| 1 | | | ☐ M ☐ F | | | | ☐ Trust |
| | Address | | | Phone (   ) | | | |
| 2 | | | ☐ M ☐ F | | | | ☐ Trust |
| | Address | | | Phone (   ) | | | |

***All 4 pages of this Beneficiary Designation must be returned to the Company.***

## C. CONTINGENT BENEFICIARIES *(Continued)*

| | Name *(First, MI, Last)* [1] | DOB | Gender | SSN/TIN | Relationship | % | Is this Beneficiary a Trust? |
|---|---|---|---|---|---|---|---|
| 3 | None | | ☐M ☐F | | | | ☐Trust |
| | Address | | | Phone ( ) | | | |
| 4 | | | ☐M ☐F | | | | ☐Trust |
| | Address | | | Phone ( ) | | | |
| 5 | | | ☐M ☐F | | | | ☐Trust |
| | Address | | | Phone ( ) | | | |

**TOTAL (MUST EQUAL 100%)** ☐

☐ **Grandchildren's Clause:** If an insured's child is a beneficiary, and he or she dies before the insured, the child's share will be divided among the child's surviving children, if any. *(Check box to apply.)*

## D. COMMUNITY PROPERTY STATE REQUIREMENTS *(If the owner currently lives in a community property state (AZ, CA, ID, LA, NM, NV, TX, WA or WI),* ***a spouse signature is required*** *unless one of the two areas are completed below. Failure to provide a spouse signature or the completion of this section will result in a delay in completing the request.)*

- *If never married,* ***initial here.*** ____________________
- *If deceased, indicate Date of Death of Spouse* ____________________
- *If divorced, this section must be completed.* ***Check or initial the box below and provide the Date of Divorce.***

☐ I confirm that I am no longer married. Date of Divorce ____________________

I understand that the Company is not a party to my divorce decree or marriage settlement agreement and that I am responsible for any requirements included in these documents. Additionally, I understand that my failure to comply with property settlement requirements involving my divorce may give rise to a claim against my estate in the future.

## E. ADDITIONAL DISCLOSURES AND PROVISIONS

***When considering making changes to the status of your policy, you should consult with a licensed insurance or financial advisor.***

This Beneficiary Designation replaces any and all prior designations, including any contingent or secondary designations. This designation is revocable as to each beneficiary except when otherwise stated, and beneficiaries of like class shall share equally with the right of survivorship by remaining class members unless otherwise specified.

The beneficiary designation is not to be used to elect an optional mode of settlement. If multiple payments are desired, contact the Company.

Payment of proceeds to any beneficiary is subject to the interest of any assignee.

**Effective Date: Unless otherwise provided in the policy, any new beneficiary designation shall take effect on the date this form is signed if the form is in good order when received by Customer Service.** The Company, however, will not be liable for any action it takes before this form is received by Customer Service.

Payment to a Minor or a Trust: Any payment to a minor beneficiary will be made to the legally appointed guardian of his or her estate, unless otherwise permitted by law.

***All 4 pages of this Beneficiary Designation must be returned to the Company.***

**F. SIGNATURES** *(The owner should sign the form exactly as designated in the policy. If a legal representative is signing for the owner, provide supporting legal documentation.)*

Owner Signature [signature] Date 2-26-2025

Owner Address 321 Barber Loop Mooresville, NC 28117

City ______ State ______ ZIP ______

☐ Check this box if the primary owner's address has changed and you would like us to send all future correspondence directed to the primary owner to the new address provided.

Owner Title By A. David Glasser, Manager of ECBIA LLC, Manager of LSXCM LLC, Manager of Ocho Grande M6 LLC

***(If the owner is a trust, partnership, or corporation, a signature is required from an officer, partner, corporate representative or authorized corporate representatives. If a trust, partnership or corporation, attach corporate resolution or Trust Certification. If entity has had a name change, include supporting documentation of successor in interest with listing of authorized signatories.)***

**If there is more than one owner, the second owner should sign in the space below.**

Second Owner Signature *(if applicable)* ______ Date ______

Spouse Signature ______ Date ______

***(Completion of Section D or a spouse signature is required if the owner lives in a community property state (AZ, CA, ID, LA, NM, NV, TX, WA or WI). In addition, a spouse signature is required if the plan is 403(b)/ERISA.)***

Irrevocable Beneficiary Signature *(if applicable)* ______ Date ______

Irrevocable Beneficiary Title ______

***(If the owner is a trust, partnership, or corporation, a signature is required from an officer, partner, corporate representative or authorized corporate representatives. If a trust, partnership or corporation, attach corporate resolution or Trust Certification. If entity has had a name change, include supporting documentation of successor in interest with listing of authorized signatories.)***

Assignee Name ______

***(Print full name of individual or entity. If an entity, attach corporate resolution or similar document listing authorized signatories. If entity has had a name change, include supporting documentation of successor in interest with listing of authorized signatories.)***

Assignee Signature *(if applicable)* ______ Date ______

Plan Administrator Signature [2] ______ Date ______

*For policies issued in Massachusetts, the beneficiary designation request must be signed by a witness who is a disinterested person. The disinterested person cannot be the beneficiary nor the owner/insured of the policy.*

Witness Signature *(Required if the issue state is MA)* ______ Date ______

[1] *Add additional beneficiary information on a separate document and attach to this form.* ***Date, policy number, and owner's signature are required.***

[2] *Required if plan is 403(b)/ERISA.*

RESET FORM

# RELEASE OF POLICY INFORMATION AUTHORIZATION

Security Life of Denver Insurance Company (SLD), Denver, CO
Midwestern United Life Insurance Company (MULIC), Indianapolis, IN
*SLD and MULIC ("SLD/MULIC") affiliated*
ReliaStar Life Insurance Company (RLIC), Minneapolis, MN
ReliaStar Life Insurance Company of New York (RLNY), Woodbury, NY
*RLIC and RLNY ("RLSTR") affiliated*
Venerable Insurance and Annuity Company (Venerable), Des Moines, IA
(the "Company")

Customer Service: PO Box 981331, Boston, MA 02298-1331; Overnight mail: 10 Dan Road Dock 2, Canton, MA 02021
Fax: 877-788-6308; Completed forms can be emailed to: liferequest@voya.com

**SLD/MULIC, RLSTR and Venerable may provide administrative services to each other, but are otherwise unaffiliated. All contractual obligations under each insurance policy or contract are the sole responsibility of the issuing insurance company.**

**Use this form to designate a third party to receive information on a life insurance policy. Note: This authorization does not allow the third party designated to make changes to the policy or access the account online.**

## POLICY INFORMATION

Policy/File Code Number 1689869

Insured Name *(First)* Cyril *(Middle Initial)* M *(Last)* Hudechek

Policy Owner Name *(First)* OCHO GRANDE M6 LLC *(Middle Initial)* ____ *(Last)* ____

## AUTHORIZATION

As owner of the above policy, I authorize the Company to release the following information to the third party designated below.

Information to be released ALL INFORMATION REQUESTED

Third Party Name Alexa Morales Third Party Birth Date Redacted 1995

If the Third party is a company or organization, provide to Customer Service the corporate resolution / certificate of incumbency / list of authorized members and provide the Tax identification number (TIN) ____

This authorization has no expiration date. To revoke permission, the policy owner may contact Customer Service to remove the authorization.

## SIGNATURES

Policy Owner Signature [1] ____ Date 02/25/2025

Third Party Signature ____ Date 02/25/2025

Policy Owner Title [2] Manager of ECBIA LLC, Manager of LSXCM LLC, Manager of Ocho Grande M6 LLC

[1] *If the owner is a trust, submit a completed Trust Certification if there is not one already on file with the Company. In addition, if the trustee of the trust is a corporation, submit a corporate resolution with details on who can act on behalf of the trust.*
[2] *If the owner is a trust, partnership or corporation, the signature and title of the trustee, partner, corporate representative or authorized corporate representative are required.*

RESET FORM

# RELEASE OF POLICY INFORMATION AUTHORIZATION

Security Life of Denver Insurance Company (SLD), Denver, CO
Midwestern United Life Insurance Company (MULIC), Indianapolis, IN
*SLD and MULIC ("SLD/MULIC") affiliated*
ReliaStar Life Insurance Company (RLIC), Minneapolis, MN
ReliaStar Life Insurance Company of New York (RLNY), Woodbury, NY
*RLIC and RLNY ("RLSTR") affiliated*
Venerable Insurance and Annuity Company (Venerable), Des Moines, IA
(the "Company")

Customer Service: PO Box 981331, Boston, MA 02298-1331; Overnight mail: 10 Dan Road Dock 2, Canton, MA 02021
Fax: 877-788-6308; Completed forms can be emailed to: liferequest@voya.com

**SLD/MULIC, RLSTR and Venerable may provide administrative services to each other, but are otherwise unaffiliated. All contractual obligations under each insurance policy or contract are the sole responsibility of the issuing insurance company.**

**Use this form to designate a third party to receive information on a life insurance policy. Note: This authorization does not allow the third party designated to make changes to the policy or access the account online.**

## POLICY INFORMATION

Policy/File Code Number 1689869

Insured Name *(First)* Cyril *(Middle Initial)* M *(Last)* Hudechek

Policy Owner Name *(First)* OCHO GRANDE M6 LLC *(Middle Initial)* ____ *(Last)* ____

## AUTHORIZATION

As owner of the above policy, I authorize the Company to release the following information to the third party designated below.

Information to be released ALL INFORMATION REQUESTED

Third Party Name Krystle Davisson Third Party Birth Date Redacted 1987

If the Third party is a company or organization, provide to Customer Service the corporate resolution / certificate of incumbency / list of authorized members and provide the Tax identification number (TIN) ____

This authorization has no expiration date. To revoke permission, the policy owner may contact Customer Service to remove the authorization.

## SIGNATURES

Policy Owner Signature [1] [signature] Date 02/25/2025

Third Party Signature Krystle Davisson Date 02/25/2025

Policy Owner Title [2] Manager of ECBIA LLC, Manager of LSXCM LLC, Manager of Ocho Grande M6 LLC

[1] *If the owner is a trust, submit a completed Trust Certification if there is not one already on file with the Company. In addition, if the trustee of the trust is a corporation, submit a corporate resolution with details on who can act on behalf of the trust.*
[2] *If the owner is a trust, partnership or corporation, the signature and title of the trustee, partner, corporate representative or authorized corporate representative are required.*

# RELEASE OF POLICY INFORMATION AUTHORIZATION

Security Life of Denver Insurance Company (SLD), Denver, CO
Midwestern United Life Insurance Company (MULIC), Indianapolis, IN
*SLD and MULIC ("SLD/MULIC") affiliated*
ReliaStar Life Insurance Company (RLIC), Minneapolis, MN
ReliaStar Life Insurance Company of New York (RLNY), Woodbury, NY
*RLIC and RLNY ("RLSTR") affiliated*
Venerable Insurance and Annuity Company (Venerable), Des Moines, IA
(the "Company")

Customer Service: PO Box 981331, Boston, MA 02298-1331; Overnight mail: 10 Dan Road Dock 2, Canton, MA 02021
Fax: 877-788-6308; Completed forms can be emailed to: liferequest@voya.com

**SLD/MULIC, RLSTR and Venerable may provide administrative services to each other, but are otherwise unaffiliated. All contractual obligations under each insurance policy or contract are the sole responsibility of the issuing insurance company.**

**Use this form to designate a third party to receive information on a life insurance policy. Note: This authorization does not allow the third party designated to make changes to the policy or access the account online.**

## POLICY INFORMATION

Policy/File Code Number 1689869

Insured Name *(First)* Cyril *(Middle Initial)* M *(Last)* Hudechek

Policy Owner Name *(First)* OCHO GRANDE M6 LLC *(Middle Initial)* ______ *(Last)* ______

## AUTHORIZATION

As owner of the above policy, I authorize the Company to release the following information to the third party designated below.

Information to be released ALL INFORMATION REQUESTED

Third Party Name Ricky Sethi Third Party Birth Date Redacted 1992

If the Third party is a company or organization, provide to Customer Service the corporate resolution / certificate of incumbency / list of authorized members and provide the Tax identification number (TIN) ______

This authorization has no expiration date. To revoke permission, the policy owner may contact Customer Service to remove the authorization.

## SIGNATURES

Policy Owner Signature [1] [signature] Date 02/25/2025

Third Party Signature [signature] Date 02/25/2025

Policy Owner Title [2] Manager of ECBIA LLC, Manager of LSXCM LLC, Manager of Ocho Grande M6 LLC

*[1] If the owner is a trust, submit a completed Trust Certification if there is not one already on file with the Company. In addition, if the trustee of the trust is a corporation, submit a corporate resolution with details on who can act on behalf of the trust.*
*[2] If the owner is a trust, partnership or corporation, the signature and title of the trustee, partner, corporate representative or authorized corporate representative are required.*

**RESOLUTION OF MANAGERS OF**

**LSX Capital Management LLC**

The undersigned, being the sole Manager of LSX Capital Management LLC, a Delaware limited liability company (the "Company"), hereby adopts the following resolutions in lieu of holding a meeting by signing our written consent thereto, as follows:

WHEREAS, pursuant to Section 5.1 of the Company's Operating Agreement, the business and affairs of the Company are managed by ECBIA LLC, a Delaware limited liability company ("ECBIA"), as the Company's sole Manager; and

WHEREAS, pursuant to the Operating Agreement of LSXCM entered into on October 9, 2024, the business and affairs of LSXCM are managed by ECBIA LLC, a New Jersey limited liability company ("ECBIA"), as its sole Manager; and

WHEREAS, pursuant to the First Amendment to the Operating Agreement of ECBIA entered into on January 29, 2019, the business and affairs of ECBIA are managed by two (2) Managers, A. David Glasser and Joseph R. Glowacki, and any "single Manager may take action permitted to be taken by the Managers unless the approval of more than one Manager is expressly required pursuant hereto"; and

WHEREAS, the Operating Agreement of ECBIA, as amended, does not require the approval of more than one Manager for any action taken by ECBIA as Manager of LSXCM, it is,

RESOLVED, that A. David Glasser and/or Joseph R. Glowacki, may sign documents and instruments on behalf LSXCM as sole Manager of the Company, in their capacity and on behalf of ECBIA, as sole Manager of LSXCM.

This action is effective this 5th day of February, 2025.

LSX Capital Management LLC

By: ECBIA LLC, Manager

By: [signature]
A. David Glasser, Manager

By: [signature]
Joseph R. Glowacki, Manager

Form **W-9**
(Rev. March 2024)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer Identification Number and Certification

**Go to *www.irs.gov/FormW9* for instructions and the latest information.**

**Give form to the requester. Do not send to the IRS.**

**Before you begin.** For guidance related to the purpose of Form W-9, see *Purpose of Form*, below.

**Print or type.** See *Specific Instructions* on page 3.

1 Name of entity/individual. An entry is required. (For a sole proprietor or disregarded entity, enter the owner's name on line 1, and enter the business/disregarded entity's name on line 2.)
LSX Capital Management LLC

2 Business name/disregarded entity name, if different from above.
LSX Capital Management LLC

3a Check the appropriate box for federal tax classification of the entity/individual whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor ☐ C corporation ☐ S corporation ☐ Partnership ☐ Trust/estate

☒ LLC. Enter the tax classification (C = C corporation, S = S corporation, P = Partnership) . . . . P

**Note:** Check the "LLC" box above and, in the entry space, enter the appropriate code (C, S, or P) for the tax classification of the LLC, unless it is a disregarded entity. A disregarded entity should instead check the appropriate box for the tax classification of its owner.

☐ Other (see instructions)

3b If on line 3a you checked "Partnership" or "Trust/estate," or checked "LLC" and entered "P" as its tax classification, and you are providing this form to a partnership, trust, or estate in which you have an ownership interest, check this box if you have any foreign partners, owners, or beneficiaries. See instructions . . . . . . . . . . ☐

4 Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any)

Exemption from Foreign Account Tax Compliance Act (FATCA) reporting code (if any)

*(Applies to accounts maintained outside the United States.)*

5 Address (number, street, and apt. or suite no.). See instructions.
321 Barber Loop

Requester's name and address (optional)

6 City, state, and ZIP code
Mooresville, NC 28117

7 List account number(s) here (optional)

## Part I Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. See also *What Name and Number To Give the Requester* for guidelines on whose number to enter.

**Social security number**
_ _ _ - _ _ - _ _ _ _

**or**

**Employer identification number**
33-1586608

## Part II Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and, generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here** **Signature of U.S. person** **Date** 2-21-2025

# General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments**. For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## What's New

Line 3a has been modified to clarify how a disregarded entity completes this line. An LLC that is a disregarded entity should check the appropriate box for the tax classification of its owner. Otherwise, it should check the "LLC" box and enter its appropriate tax classification.

New line 3b has been added to this form. A flow-through entity is required to complete this line to indicate that it has direct or indirect foreign partners, owners, or beneficiaries when it provides the Form W-9 to another flow-through entity in which it has an ownership interest. This change is intended to provide a flow-through entity with information regarding the status of its indirect foreign partners, owners, or beneficiaries, so that it can satisfy any applicable reporting requirements. For example, a partnership that has any indirect foreign partners may be required to complete Schedules K-2 and K-3. See the Partnership Instructions for Schedules K-2 and K-3 (Form 1065).

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS is giving you this form because they

# MANAGER'S CORPORATE RESOLUTION
# OF
# OCHO GRANDE M6 LLC

The undersigned being the sole Manager of Ocho Grande M6 LLC, a Florida limited liability company (the "Company"), does hereby adopt the following resolutions in lieu of holding a meeting, by signing this written consent thereto:

## 1. <u>Management of the Company</u>

WHEREAS, the Members of the Company entered into an Operating Agreement effective January 2, 2025 (the "Agreement");

WHEREAS, Article V Management, Section 5.1 of the Agreement states that "the business and affairs of the Company shall be managed by one or more business entities or individuals (the "Manager").";

WHEREAS, the Members of the Company appointed LSX Capital Management LLC, a Delaware limited liability company, as the sole Manager of the Company; and

WHEREAS, Section 5.1 of the Agreement further states that:

> "The Manager may take any action on behalf of the Company unless the consent of Members is expressly required pursuant hereto."; and,
>
> "Except as otherwise provided in the Articles or this Agreement, , the Manager shall have complete authority over and exclusive control and management of the business and affairs of the Company, including, without limitation, the making of all determinations on behalf of and in the best interests of the Company in connection with any real, personal, tangible or intangible property owned by the Company including, but not limited to, the authority to purchase, sell, hypothecate, encumber or otherwise dispose of any property of the Company."; and,
>
> "The Manager shall provide certain services to the Company which shall include, but not be limited to: (i) pre-ownership services of sourcing, evaluating, negotiating and closing policy acquisition; (ii) pre and post-closing supply of life expectancy (LE) estimates on all insureds under each policy acquired at intervals determined by the Managers; (iii) collecting medical information on each insured; (iv) policy financial analysis for premium payment optimization; and (v) confirmation that premiums paid are received by each carrier and credited properly to ensure that policies owned remain in-force (collectively "Management Services")."

RESOLVED, that LSX Capital Management LLC, as Manager, may sign any and all documents and instruments on behalf of the Company; and

2. **Management of Manager, LSX Capital Management LLC**

WHEREAS, pursuant to the Operating Agreement of LSX Capital Management LLC, effective October 9, 2024, LSX Capital Management LLC has one Manager, which is ECBIA LLC, a Delaware limited liability company; and

WHEREAS, the Operating Agreement of LSX Capital Management LLC, further states that "The Manager may take any action on behalf of the Company unless the approval of all Members is expressly required pursuant hereto."

3. **Management of ECBIA LLC, the Manager of LSX Capital Management LLC**

WHEREAS, pursuant to the First Amendment to the Operating Agreement of ECBIA LLC, effective January 29, 2019, ECBIA LLC has two Managers, who are A. David Glasser and Joseph R. Glowacki; and

WHEREAS, the First Amendment to the Operating Agreement of ECBIA LLC, further states that "Any single Manager may take action permitted to be taken by the Managers unless the approval of more than one Manager is expressly required pursuant hereto."

This action is effective this the 7th day of January, 2025.

**OCHO GRANDE M6 LLC, BY ITS MANAGER:**

LSX CAPITAL MANAGEMENT LLC, by its Manager, ECBIA LLC

By: ______________________
A. David Glasser, its Manager

By: ______________________
Joseph R. Glowacki, its Manager

Form **W-9**
(Rev. March 2024)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer Identification Number and Certification

**Go to *www.irs.gov/FormW9* for instructions and the latest information.**

**Give form to the requester. Do not send to the IRS.**

**Before you begin.** For guidance related to the purpose of Form W-9, see *Purpose of Form*, below.

**Print or type.** See *Specific Instructions* on page 3.

1 Name of entity/individual. An entry is required. (For a sole proprietor or disregarded entity, enter the owner's name on line 1, and enter the business/disregarded entity's name on line 2.)
Ocho Grande M6 LLC

2 Business name/disregarded entity name, if different from above.
Ocho Grande M6 LLC

**3a** Check the appropriate box for federal tax classification of the entity/individual whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor ☐ C corporation ☐ S corporation ☐ Partnership ☐ Trust/estate

☒ LLC. Enter the tax classification (C = C corporation, S = S corporation, P = Partnership) . . . . P

**Note:** Check the "LLC" box above and, in the entry space, enter the appropriate code (C, S, or P) for the tax classification of the LLC, unless it is a disregarded entity. A disregarded entity should instead check the appropriate box for the tax classification of its owner.

☐ Other (see instructions)

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any)

Exemption from Foreign Account Tax Compliance Act (FATCA) reporting code (if any)

*(Applies to accounts maintained outside the United States.)*

**3b** If on line 3a you checked "Partnership" or "Trust/estate," or checked "LLC" and entered "P" as its tax classification, and you are providing this form to a partnership, trust, or estate in which you have an ownership interest, check this box if you have any foreign partners, owners, or beneficiaries. See instructions . . . . . . . . . . ☐

5 Address (number, street, and apt. or suite no.). See instructions.
321 Barber Loop

Requester's name and address (optional)

6 City, state, and ZIP code
Mooresville, NC 28117

7 List account number(s) here (optional)

## Part I Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. See also *What Name and Number To Give the Requester* for guidelines on whose number to enter.

**Social security number**
_ _ _ - _ _ - _ _ _ _

**or**

**Employer identification number**
33-2547014

## Part II Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and, generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here** **Signature of U.S. person** A. David Glamm **Date** 12/31/2024

# General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## What's New

Line 3a has been modified to clarify how a disregarded entity completes this line. An LLC that is a disregarded entity should check the appropriate box for the tax classification of its owner. Otherwise, it should check the "LLC" box and enter its appropriate tax classification.

New line 3b has been added to this form. A flow-through entity is required to complete this line to indicate that it has direct or indirect foreign partners, owners, or beneficiaries when it provides the Form W-9 to another flow-through entity in which it has an ownership interest. This change is intended to provide a flow-through entity with information regarding the status of its indirect foreign partners, owners, or beneficiaries, so that it can satisfy any applicable reporting requirements. For example, a partnership that has any indirect foreign partners may be required to complete Schedules K-2 and K-3. See the Partnership Instructions for Schedules K-2 and K-3 (Form 1065).

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS is giving you this form because they