# Exhibit G

Resolution Life

March 27, 2025

Customer Service
PO Box 981331
Boston, MA 02298-1331

OCHO GRANDE M6 LLC
321 BARBER LOOP
MOORESVILLE, NC 28117

**RE: Policy 1689869 issued by Security Life of Denver Insurance Company**

Owner: OCHO GRANDE M6 LLC

Insured(s): CYRIL M HUDECHEK

Dear OCHO GRANDE M6 LLC:

As requested, the beneficiary designation of this policy has been updated effective 02-26-2025, to:

Primary Beneficiary: Heather Sabitov 20% , OCHO GRANDE M6 LLC 72% , LSX Capital Management LLC 8%

Please keep this confirmation letter with your important documents.

Support for your policy is available from Resolution Life online through our Customer Portal **https://customer.ResolutionLife.us**. You can also call Customer Service at (877) 886-5050, Monday - Friday, 8 a.m. - 6 p.m. Central time, or send an email to CustomerSupport@ResolutionLife.us.

Sincerely,

Customer Service

Enclosure: