# Exhibit H

ABACUS LIFE
NYSE | ABX

March 16, 2026

Policy Owner: Ocho Grande M6 LLC
Policy Insured: Cyril M. Hudechek
Policy Number: 1689869

Mr. John Vang or Mr. Reed Baker
Claims Examiner / Claims Consultant
Claims Connection Services
Resolution Life US

To Whom it May Concern,

On or about March 3, 2026 a death claim was filed on the above referenced policy. As Collateral Assignee, Abacus Life Inc, is instructing the distribution of the death benefit as stated on the beneficiary designation confirmation generated March 27, 2025, and as follows:

- 72% of the death benefit proceeds payable to Ocho Grande M6, LLC
- 8% of the death benefit proceeds payable to LSX Capital Management, LLC
- 20% of the death benefit proceeds payable to Heather Sabitov

No interest is requested on the amount payable. Please mail the checks as follows:

Ocho Grande M6, LLC
321 Barber Loop
Mooresville, NC 28117
TIN: 33-2547014

LSX Capital Management, LLC
321 Barber Loop
Mooresville, NC 28117
TIN: 33-1586608

Heather Sabitov
10121 Nimphie Rd
Fenton, MI 48430
SSN: 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

Sincerely,

Scott Kirby, Abacus Life