# Exhibit I

Outlook

**Re: Insured: CYRIL M HUDECHEK, policy: 1689869**

**From** Reed Baker <reed.baker@resolutionlife.us>
**Date** Mon 3/16/2026 10:26 AM
**To** Heather Sabitov <heathersabitov@gmail.com>

Heather,

So, you are aware, there is also a collateral assignment that was signed by Cyril prior to naming you as the beneficiary.

Reed Baker
Claims Consultant, Claims Servicing
Resolution Life US
206-309-6978
reed.baker@resolutionlife.us

Sensitivity - Restricted

**From:** Heather Sabitov <heathersabitov@gmail.com>
**Sent:** Monday, March 16, 2026 10:18 AM
**To:** Reed Baker <reed.baker@resolutionlife.us>
**Subject:** Re: Insured: CYRIL M HUDECHEK, policy: 1689869

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

Report Suspicious

Thank you for clarifying the death benefit amount. Regarding the notarized form, I am currently seeking legal counsel to review the policy history and the specific changes made in February 2025, as I was an irrevocable beneficiary at that time, as you stated.

Please do not distribute any policy proceeds until this review is complete. I will have my representative reach out to you shortly.

In the meantime, please send me a full copy of the 'Change of Beneficiary' and 'Change of Ownership' forms that were processed in early 2025.

Kindest Regards,
Heather Sabitov

On Mon, Mar 16, 2026 at 12:49 PM Reed Baker <reed.baker@resolutionlife.us> wrote:

Heather,

Yes, you are correct about the death benefit, I apologize for the error.

So would you be willing to sign, and have notarized a form, stating that you acknowledge that you are getting 20% of the death benefit?

Reed Baker
Claims Consultant, Claims Servicing
Resolution Life US
206-309-6978
reed.baker@resolutionlife.us

Sensitivity - Restricted

---

**From:** Heather Sabitov <heathersabitov@gmail.com>
**Sent:** Monday, March 16, 2026 9:38 AM
**To:** Reed Baker <reed.baker@resolutionlife.us>
**Cc:** Judith Deininger <jd@vesperaservicing.com>; liz@abacuslife.com <liz@abacuslife.com>
**Subject:** Re: Insured: CYRIL M HUDECHEK, policy: 1689869

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

Report Suspicious

That information is not accurate- please consult with Abacus. I am supposed to get 20% of the total death benefit (with interest), it amounts to approximately $35,600. You have the total payable death benefit amount wrong as of February 2026. And to answer your question, no, I am not "okay" with my proceeds being reduced by 80%, but my Dad made an arrangement with Abacus and sadly, passed away only one year later- I definitely feel screwed over. But I can't change the facts.

Thank you,
Heather Sabitov

On Mon, Mar 16, 2026 at 11:53 AM Reed Baker <reed.baker@resolutionlife.us> wrote:

> Ms. Heather Sabitov,
>
> I am emailing you regarding the life insurance policy on your father, Cyril Hudechek.
>
> In January of 2025, you were named as 100% irrevocable beneficiary on this $100,000 policy. In February of 2025, your share of the policy proceed was reduced to $20,000 with the remaining proceeds being designated to other entities.
>
> I am emailing you to confirm that you are fine that your share of the policy proceeds was reduced by $80,000. If that is that case, we will have an additional document that we will need you to complete.
>
> Please let me know if you have any questions.
>
> Reed Baker

Claims Consultant, Claims Servicing
Resolution Life US
206-309-6978
reed.baker@resolutionlife.us

Sensitivity - Restricted

---

The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from your computer and systems.

---

The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from your computer and systems.