**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SECURITY LIFE OF DENVER
INSURANCE COMPANY,

Plaintiff,

v.

Case No.

ABACUS LIFE, INC.,

OCHO GRANDE M6, LLC,

LSX CAPITAL MANAGEMENT,
LLC,

and

HEATHER SABITOV,

Defendants.

---

**NOTICE OF DESIGNATION OF LEAD COUNSEL**

Pursuant to Local Rule 2.02(a), formal notice is hereby given that the undersigned attorney, David P. Donahue, Esq., will serve as Lead Counsel for Plaintiff, Security Life of Denver Life Insurance Company, in the above-styled action:

David P. Donahue
Fla. Bar No. 119885

BRESSLER, AMERY & ROSS, P.C.
2001 Park Place, Suite 1500
Birmingham, AL 35203

Dated: April 28, 2026

Respectfully Submitted,

*s/ David P. Donahue*
David P. Donahue
Fla. Bar No. 119885
Bressler, Amery & Ross, P.C.
2001 Park Place, Suite 1500
Birmingham, AL 35203
Telephone: (205) 719 0400
ddonahue@bressler.com

*Attorneys for Plaintiff*
*Security Life of Denver*
*Insurance Company*