**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SECURITY LIFE OF DENVER
INSURANCE COMPANY,

Plaintiff,

v.

Case No.

ABACUS LIFE, INC.,

OCHO GRANDE M6, LLC,

LSX CAPITAL MANAGEMENT,
LLC,

and

HEATHER SABITOV,

Defendants.

---

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.07(c), I certify that the instant action:

☐ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

☒ **IS NOT** related to any pending or closed civil or criminal case filed with

this Court, or any other federal or state court, or administrative agency.

Dated: April 28, 2026

Respectfully Submitted,

s/ David P. Donahue
David P. Donahue
Fla. Bar No. 119885
Bressler, Amery & Ross, P.C.
2001 Park Place, Suite 1500
Birmingham, AL 35203
Telephone: (205) 719 0400
ddonahue@bressler.com

*Attorneys for Plaintiff Security Life of Denver Insurance Company*