**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SECURITY LIFE OF DENVER INSURANCE COMPANY,

Plaintiff,

v.

Case No.

ABACUS LIFE, INC.,

OCHO GRANDE M6, LLC,

LSX CAPITAL MANAGEMENT, LLC,

and

HEATHER SABITOV,

Defendants.

---

**CORPORATE DISCLOSURE STATEMENT**

COMES NOW, Plaintiff Security Life of Denver Insurance Company, by its undersigned attorneys, and pursuant to Fed. R. Civ. P. 7.1 and hereby submits its Corporate Disclosure Statement and Notification as to Affiliates.

Security Life of Denver Insurance Company is a wholly owned subsidiary of Voya Financial, Inc. Voya Financial, Inc. is a publicly traded company. Based on reports filed with the Securities and Exchange Commission, as of March 31, 2024,

The Vanguard Group, Wellington Management Group LLP, BlackRock, Inc., and Franklin Mutual Advisers, LLC own 5% or more of Voya Financial, Inc.'s common stock. Based on reports filed with the Securities and Exchange Commission, as of March 31, 2024, The Vanguard Group owns 5% or more of BlackRock, Inc.'s common stock.

Dated: April 28, 2026

Respectfully Submitted,

*s/ David P. Donahue*
David P. Donahue
Fla. Bar No. 119885
Bressler, Amery & Ross, P.C.
2001 Park Place, Suite 1500
Birmingham, AL 35203
Telephone: (205) 719 0400
ddonahue@bressler.com

*Attorneys for Plaintiff Security Life of Denver Insurance Company*