AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Orlando Division

Security Life of Denver Ins. Co.
*Plaintiff*

v.

Abacus Life, Inc., et al.
*Defendant*

Case No. 6:26-cv-00934-JSS-NWH

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Abacus Life, Inc., Ocho Grande M6, LLC, and LSX Capital Management, LLC .

Date: 5/29/2026

/s/ Dale A. Scott
*Attorney's signature*

Dale A. Scott, Fla. Bar No. 0568821
*Printed name and bar number*

Tessitore Mari Scott, PLLC
1485 International Pkwy., Ste. 2031
Lake Mary, FL 32746
*Address*

dscottt@tessmari.com
*E-mail address*

321-363-1634
*Telephone number*

321-319-9095
*FAX number*

CERTIFICATE OF SERVICE

I certify that a copy of this document has been furnished via CM/ECF on this 29th day of May, 2026, to all parties and counsel of record.

By: /s/ Dale A. Scott
Dale A. Scott, Esq.
Fla. Bar No. 568821
dscott@tessmari.com
ehemphill@tessmari.com
Tessitore Mari Scott, PLLC
1485 International Pkwy., Ste. 2031
Lake Mary, FL 32746-5352
Tel: 321-363-1634
Fax: 321-319-9095
Counsel for Abacus Life, Inc., Ocho Grande M6, LLC, and LSX Capital Management, LLC