UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SECURITY LIFE OF DENVER
INSURANCE COMPANY,

Plaintiff,

v. Case No: 6:26-cv-934-JSS-NWH

ABACUS LIFE, INC. et al.,

Defendants.
___________________________________/

**ORDER TO SHOW CAUSE**

Upon review, Defendants Abacus Life, Inc., Ocho Grande M6, LLC, and LSX Capital Management, LLC have failed to comply with the court's Order of May 1, 2026 (Dkt. 7) directing counsel to file a Disclosure Statement within fourteen (14) days of an appearance in the case.

Therefore, it is **ORDERED** that Defendants shall **SHOW CAUSE** and file a response to said Order within **fourteen (14)** days from the date of this Order. Failure to comply with this Order may result in entry of default without further notice or other appropriate sanctions.

**ORDERED** in Orlando, Florida, on June 23, 2026.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party