UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SECURITY LIFE OF DENVER
INSURANCE COMPANY,

Case No. 6:26-cv-934-JSS-NW

Plaintiff,

v.

ABACUS LIFE, INC., OCHO
GRANDE M6, LLC, LSX CAPITAL
MANAGEMENT, LLC, and
HEATHER SABITOV,

Defendants.
__________________________________/

**DEFENDANT LSX CAPITAL MANAGEMENT, LLC'S DISCLOSURE STATEMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

**Recusal Information**

**1.** If the filer is a non-governmental corporation, identify any parent corporation and any publicly held corporation holding 10% or more of the filer's shares.

None.

**2.** Identify any other entity or natural person—not a party or counsel of record—with an interest the action's outcome might substantially affect.

None known at this time to LSX Capital Management, LLC.

**3.** Identify any lawyer—other than counsel of record—who serves or has served in the action as a lawyer for the filer, who is financially interested in the action, or who might appear as a material witness in the action.

Dani S. Theobald, Esq.
General Counsel, Abacus Life, Inc.

Allan H. Carlin, Esq.
General Counsel, Ocho Grande M6, LLC, and LSX Capital Management, LLC

**4.** If this is a bankruptcy appeal, identify the debtor, the trustee, and the members of the creditors' committee.

Not applicable—this is not a bankruptcy case.

**5.** Identify any entity or natural person not already disclosed and likely to actively participate in this action.

None known at this time to LSX Capital Management, LLC.

**6.** Identify any conflict of interest affecting the district judge or the magistrate judge in this action.

None known at this time to LSX Capital Management, LLC.

## Citizenship Information

**7.** If a pleading or notice of removal asserts diversity jurisdiction under 28 U.S.C. § 1332(a) or supplemental jurisdiction under 28 U.S.C. § 1367(a), state the filer's citizenship.

Florida, North Carolina, and New Jersey.

**8.** If this is a class action under 28 U.S.C. § 1332(d), state the filer's citizenship. If the filer is an unincorporated association, identify the association's principal place of business and the state under whose laws the association is organized.

Not applicable—this is not a class action case.

## Certificate

**The filer certifies that the disclosures in this statement are complete and accurate to the best of the filer's knowledge, information, and belief. The filer agrees to revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy.**

Respectfully submitted on this 24th day of June, 2026.

By: /s/ Dale A. Scott
Dale A. Scott, Esq.
Fla. Bar No. 568821
dscott@tessmari.com
ehemphill@tessmari.com
Tessitore Mari Scott, PLLC
1485 International Pkwy., Ste. 2031
Lake Mary, FL 32746-5352
Tel: 321-363-1634
Fax: 321-319-9095
Counsel for Abacus Life, Inc., Ocho Grande M6, LLC, and LSX Capital Management, LLC

CERTIFICATE OF SERVICE

I certify that a copy of this document has been furnished via the methods indicated below on this 24th day of June, 2026, to:

(via CM/ECF)
David Patrick Donahue
ddonahue@bressler.com
Bressler, Amery & Ross, PC
2001 Park Place N., Ste. 1500
Birmingham, AL 35203
Counsel for Security Life of Denver Insurance Company

(via email)
Heather Sabitov
heathersabitov@gmail.com
10121 Nimphie Rd.
Fenton, MI 48430
Pro se defendant

By: /s/ Dale A. Scott
Dale A. Scott, Esq.