UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SECURITY LIFE OF DENVER
INSURANCE COMPANY,

Plaintiff,

Case No. 6:26-cv-934-JSS-NW

v.

ABACUS LIFE, INC., OCHO
GRANDE M6, LLC, LSX CAPITAL
MANAGEMENT, LLC, and
HEATHER SABITOV,

Defendants.
__________________________________/

**DEFENDANTS ABACUS LIFE, INC., OCHO GRANDE M6, LLC, AND LSX CAPITAL MANAGEMENT, LLC'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Defendants Abacus Life, Inc., Ocho Grande M6, LLC, and LSX Capital Management, LLC, pursuant to Federal Rule of Civil Procedure 6(b), respectfully move for a 21-day extension of their deadline to respond to Plaintiff's Complaint for Interpleader Relief (doc. 1), through and including July 27, 2026, and state:

1. On May 26, 2026, the above Defendants executed waivers of service of summons, providing that their responses to the Complaint would be due 60 days from May 6, 2026, or July 5, 2026 (which rolled to July 6, 2026, because July 5 fell on a Sunday).

2. The parties have reached a tentative, but not yet finalized, settlement of this action. The above Defendants anticipate that the parties will imminently file a Local Rule 3.09 Notice of Settlement advising the Court of the pending resolution.

3. In the meantime, however, and to avoid any potential prejudice should the settlement not be finalized as anticipated, the above Defendants respectfully request a 21-day extension of time to respond to the Complaint.

4. Although the above Defendants believe that, in light of the anticipated settlement, a response to the Complaint ultimately will not be necessary, this request is made solely to preserve their rights pending final resolution of the matter.

5. This is the above Defendants' first request for an extension of time.

WHEREFORE, the above Defendants respectfully request that the Court extend their deadline to respond to the Complaint through and including July 27, 2026.

## LOCAL RULE 3.01(g) CERTIFICATION

The above Defendants certify that before filing this motion, their undersigned counsel conferred with plaintiff's counsel, and plaintiff does not oppose the relief sought herein.

Respectfully submitted on this 6th day of July, 2026.

By: /s/ Dale A. Scott
Dale A. Scott, Esq.
Fla. Bar No. 568821
dscott@tessmari.com
ehemphill@tessmari.com
Tessitore Mari Scott, PLLC
1485 International Pkwy., Ste. 2031
Lake Mary, FL 32746-5352
Tel: 321-363-1634
Fax: 321-319-9095
Counsel for Abacus Life, Inc., Ocho Grande M6, LLC, and LSX Capital Management, LLC

CERTIFICATE OF SERVICE

I certify that a copy of this document has been furnished via the methods indicated below on this 6th day of July, 2026, to:

(via CM/ECF)
David Patrick Donahue
ddonahue@bressler.com
Bressler, Amery & Ross, PC
2001 Park Place N., Ste. 1500
Birmingham, AL 35203
Counsel for Security Life of Denver Insurance Company

(via email)
Heather Sabitov
heathersabitov@gmail.com
10121 Nimphie Rd.
Fenton, MI 48430
Pro se defendant

By: /s/ Dale A. Scott
Dale A. Scott, Esq.