**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SECURITY LIFE OF DENVER
INSURANCE COMPANY,

Plaintiff,

v.

Case No. 6:26-cv-00934

ABACUS LIFE, INC.,

OCHO GRANDE M6, LLC,

LSX CAPITAL MANAGEMENT, LLC,

and

HEATHER SABITOV,

Defendants.

---

**SLD'S MOTION TO POSTPONE CASE**
**MANAGEMENT DEADLINE AND NOTICE OF RESOLUTION**

COMES NOW, Plaintiff Security Life of Denver Insurance Company ("SLD"), by and through its counsel of record, and submits its Motion to Postpone the submission of a Case Management Report pursuant to Local Rule 3.02 and Notice of Resolution pursuant to Local Rule 3.09 states as follows:

1. On April 28, 2026, SLD filed its Complaint for Interpleader Relief, against Defendants Abacus Life, Inc., Ocho Grande M6, LLC, LSX Capital Management, LLC, and Heather Sabitov. SLD seeks interpleader relief related to Defendants' competing claims to the death benefit payable under SLD life insurance policy number 1689869. *See* Doc. 1.

2. On May 1, 2026, the Court issued an Initial Order noticing counsel that pursuant to Local Rule 3.02(a)( 2), the parties must file a case management report "within forty days after any defendant appears in an action originating in this court." *See* L.R. 3.02(a)(2).

3. On May 29, 2026, Notice of Lead Counsel on behalf of Defendants Abacus Life, Inc., LSX Capital Management, LLC, Ocho Grande M6, LLC was filed. *See* Doc. 12.

4. Thus, under Local Rule 3.02(a)(2), a Case Management Report must be filed by July 8, 2026. *See* L.R. 3.02(a)(2).

5. On or about June 24, 2026, Counsel for SLD was informed that the Defendants have agreed to settlement of this action.

6. SLD asserts that following the execution of a release by all Defendants, it will file a notice of voluntary dismissal of this proceeding.

7. Defendants will not suffer any prejudice should the deadline to file the Case Management Report be postponed.

WHEREFORE, based on the foregoing, SLD respectfully requests that the Court postpone the upcoming Case Management Report deadline.

Dated: July 7, 2026

Respectfully submitted,

*s/ David P. Donahue*

David P. Donahue
Fla. Bar No. 119885
Bressler, Amery & Ross, P.C.
2001 Park Place, Suite 1500
Birmingham, AL 35203
Telephone: (205) 719 0400
ddonahue@bressler.com
lmendez@bressler.com

*Attorneys for Plaintiff Security Life of Denver Insurance Company*

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned certifies that, pursuant to Local Rule 3.01(g), Plaintiff's counsel conferred with all Defendants regarding the matters set forth in this Motion, and they are in agreement with the postponement.

*s/ David P. Donahue*
David P. Donahue

**CERTIFICATE OF SERVICE**

I hereby certify a true and correct copy of the foregoing was filed on July 7, 2026 via the Court's CM/ECF system and Electronic mail as follows:

Heather Sabitov
10121 Nimphie Rd.,
Fenton, MI 48430
Tel: 310-867-9597
Email: heathersabitov@gmail.com

Dale Scott
Tessitore Mari Scott, PLLC
1485 International Parkway, Suite 2031
Lake Mary, FL 32746
Tel: 321-363-1634
Email: dscott@tessmari.com

*Counsel for Abacus Life, Inc.,*
*LSX Capital Management, LLC,*
*Ocho Grande M6, LLC*

*s/ David P. Donahue*
OF COUNSEL