UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SECURITY LIFE OF DENVER
INSURANCE COMPANY,

Case No. 6:26-cv-934-JSS-NW

Plaintiff,

v.

ABACUS LIFE, INC., OCHO
GRANDE M6, LLC, LSX CAPITAL
MANAGEMENT, LLC, and
HEATHER SABITOV,

Defendants.
____________________________________/

**DEFENDANTS ABACUS LIFE, INC., OCHO GRANDE M6, LLC, AND LSX CAPITAL MANAGEMENT, LLC'S RESPONSE TO ORDER TO SHOW CAUSE**

Defendants Abacus Life, Inc., Ocho Grande M6, LLC, and LSX Capital Management, LLC, respectfully respond to the Court's Order to Show Cause (doc. 14) and state:

1. The Order to Show Cause noted that the above Defendants had not yet filed the disclosure statements required by the May 1, 2026 Order.

2. Since entry of the Order to Show Cause, each of the above Defendants has filed its Disclosure Statement in compliance with Federal Rule of Civil Procedure 7.1, Local Rule 3.03, and the Court's prior Order.

3. The above Defendants respectfully apologize for the oversight and any inconvenience caused to the Court. The omission was inadvertent, and the required disclosures have now been filed.

WHEREFORE, the above Defendants respectfully request that the Court discharge the Order to Show Cause.

Respectfully submitted on this 7th day of July, 2026.

By: /s/ Dale A. Scott
Dale A. Scott, Esq.
Fla. Bar No. 568821
dscott@tessmari.com
ehemphill@tessmari.com
Tessitore Mari Scott, PLLC
1485 International Pkwy., Ste. 2031
Lake Mary, FL 32746-5352
Tel: 321-363-1634
Fax: 321-319-9095
Counsel for Abacus Life, Inc., Ocho Grande M6, LLC, and LSX Capital Management, LLC

# CERTIFICATE OF SERVICE

I certify that a copy of this document has been furnished via the methods indicated below on this 7th day of July, 2026, to:

(via CM/ECF)
David Patrick Donahue
ddonahue@bressler.com
Bressler, Amery & Ross, PC
2001 Park Place N., Ste. 1500
Birmingham, AL 35203
Counsel for Security Life of Denver Insurance Company

(via email)
Heather Sabitov
heathersabitov@gmail.com
10121 Nimphie Rd.
Fenton, MI 48430
Pro se defendant

By: /s/ Dale A. Scott
Dale A. Scott, Esq.