UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SECURITY LIFE OF DENVER
INSURANCE COMPANY,

Plaintiff,

v. Case No: 6:26-cv-934-JSS-NWH

ABACUS LIFE, INC., OCHO
GRANDE M6, LLC, LSX CAPITAL
MANAGEMENT, LLC, and
HEATHER SABITOV,

Defendants.
___________________________________/

**ORDER**

Plaintiff has filed a notice indicating that this case has settled. (Dkt. 20.) Accordingly, pursuant to Local Rule 3.09, this case is **DISMISSED** without prejudice and subject to the right of the parties, within sixty days of the date of this order, to move for entry of a stipulated form of final order or judgment should they so choose or for any party to move to reopen the case, upon good cause shown. After that sixty-day period, however, the dismissal shall be with prejudice. The order to show cause (Dkt. 14) is **DISCHARGED**, Plaintiff's motion to postpone case deadlines (Dkt. 20) is **DENIED as moot**, and the Clerk is **DIRECTED** to terminate any pending motions and deadlines and to close the case.

**ORDERED** in Orlando, Florida, on July 8, 2026.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties